UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| FIVE THOUSAND DOLLARS ($5,000.00) U.S. CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## VERIFIED COMPLAINT OF FORFEITURE

Comes now plaintiff, United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney, for said district, and in a civil cause of action for forfeiture respectfully states as follows:

1. In this *in rem* civil action, the United States seeks forfeiture of $5,000 U.S. currency (the "defendant property") that was seized by the United States Postal Inspection Service ("USPS") within the Eastern District of Missouri on January 20, 2017. The defendant property is currently in the possession and custody of the United States within the Eastern District of Missouri.

2. This Court has jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345, 1355(a), and 1395.

3. Venue is proper pursuant to Title 28, United States Code, Sections 1355(b)(1)(B) and 1395(b) because the defendant property was found in the Eastern District of Missouri. Venue is also proper pursuant to Title 28, United States Code, Section 1395(c) because the defendant property is currently being held in the Eastern District of Missouri.

4. As described more fully below, the defendant property is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6), which authorizes forfeiture of "all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance…, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of [the Controlled Substances Act, Title 21, United States Code, Section 801 et seq]."

## FACTS GIVING RISE TO FORFEITURE

5. On January 17, 2017, USPS inspectors were conducting a routine review of outbound Priority Mail Express packages at a USPS facility in St. Louis, Missouri.

6. While reviewing packages, inspectors observed a suspicious priority mail express package (hereafter, the "Subject Package"). The Subject Package had a listed return address of Brian Duncan ("Duncan") at a location in Festus, Missouri. The Subject Package was addressed to an individual at an address in Pueblo, Colorado.

7. On January 18, 2017, a St. Louis County canine detective was requested to respond to the USPS St. Louis Field Office. The Subject Package was placed in an area that had not been contaminated by prior suspicious parcels. Four Priority Mail Express parcels similar in size, shape and appearance as the Subject Package were placed approximately 10 feet apart. The canine gave a positive alert to the Subject Package indicating the presence of narcotics.

8. On January 19, 2017, USPS inspectors made contact with Duncan. Duncan advised inspectors that the Subject Package contained $5,000.00 U.S. currency. Duncan further stated that the currency was for a female friend who needed financial assistance in purchasing a new vehicle. Duncan stated that the female friend had previously wrecked her vehicle in Festus,

2

Missouri. However, Duncan could not recall the name of the female friend.

9. On January 20, 2017, Duncan met with USPS inspectors and consented to a search of the Subject Package. Upon the subsequent search of the Subject Package, inspectors observed inside another folded Priority Mail Express parcel, which contained a commercial brochure that was wrapped around an object covered in red tape. Inspectors peeled away the top portion of the tape to reveal a stack of U.S. currency held together by a rubber band. The currency inside comprises the defendant property.

10. Duncan then told inspectors that the defendant property was meant for his friend to help pay for a new vehicle that his friend's girlfriend wrecked near Festus, Missouri. Duncan could not recall the name of the girlfriend or the name of the individual to whom the Subject Package was addressed.

## COUNT ONE – FORFEITURE
## 21 U.S.C. § 881(a)(6)

11. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 10 above as if fully set forth herein.

12. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) as moneys furnished or intended to be furnished in exchange for a controlled substance, or as proceeds traceable to such exchange, and as money used or intended to be used to facilitate any violation of the Controlled Substances Act.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that a Warrant for Arrest be issued for the defendant property and the defendant property be condemned and forfeited to the United States of America, in accordance with the provisions of law; and that the United States of

America be awarded its costs in this action, and have such other relief as provided by law and the nature of the case may require.

                                            Respectfully submitted,

                                            JEFFREY B. JENSEN
                                            United States Attorney

                                            */s/ Stephen Casey*
                                            STEPHEN CASEY, #58879MO
                                            Assistant United States Attorney
                                            111 South Tenth Street, 20th Floor
                                            St. Louis, Missouri 63102

## **VERIFICATION**

I, Inspector, John R. Jackman, hereby verify and declare under penalty of perjury that I am an Inspector with the United States Postal Inspection Service, that I have read the foregoing Verified Complaint in rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as an Inspector of the United States Postal Inspection Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __10/10/2017__
                (date)

_[signature]_
John R. Jackman
Inspector
United States Postal Inspection Service